# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131430(79)

PETER VERVERIS and THERESA VERVERIS,
as Next Friend of PHILIP VERVERIS, a Minor,
        Plaintiffs-Appellants
        and Cross-Appellees,

v

        SC: 131430
        COA: 251868
        Oakland CC: 2002-037354-NI

HARTFIELD LANES,
        Defendant-Appellee
        and Cross-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's November 30, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant the motion for reconsideration.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319